IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| E.H. by and through his parents Amy Howard and Kenneth Howard,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRENTWOOD UNON SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.   CV 13-3243<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS [F.R.C.P. 12(b)(6)]:**<br><br>Date:　　　September 23, 2013<br>Time:　　　10:00 a.m.<br>**Courtroom: 12, Honorable Thelton Henderson, District Judge** |

　　PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE appearing from the above stipulation of the parties,

　　The Hearing on the Motion to Dismiss in this matter will be continued to October 7, 2013.

　　IT IS SO ORDERED:

DATED: September  18 , 2013



Judge Thelton E. Henderson

---

4
STIPULATION TO CHANGE HEARING DATE AND [PROPOSED] ORDER
(Case No. CV 13-3243)