IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.H.,

           Plaintiff,

    v.

BRENTWOOD UNION SCHOOL DISTRICT, et al.,

           Defendants.

No. C13-3243 TEH

SCHEDULING ORDER

On November 25, 2013, the parties came before the Court for an initial case management conference ("CMC"). As discussed with the parties at the CMC, "Phase One" discovery shall be completed as outlined on pages 5-6 of the parties' November 18, 2013 joint case management conference statement (Docket No. 26). The parties shall contact Magistrate Judge Laurel Beeler's chambers to arrange for a settlement conference to be held after the completion of "Phase One" discovery and prior to the **June 2, 2014** case management conference. The parties shall immediately notify the Court if a settlement is reached. Otherwise, the parties shall file a joint case management conference statement on or before **May 23, 2014.**

**IT IS SO ORDERED.**

Dated:   11/26/13

                                                  THELTON E. HENDERSON, JUDGE
                                                  UNITED STATES DISTRICT COURT