1  LOUIS A. LEONE, ESQ. (SBN: 099874)
   CLAUDIA LEED, ESQ. (SBN:122676)
2  **STUBBS & LEONE**
   A Professional Corporation
3  2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
4  Telephone:  (925) 974-8600
   Facsimile:    (925) 974-8601
5  E-mail: leedc@stubbsleone.com
6
   Attorneys for Defendants
7  BRENTWOOD UNION SCHOOL DISTRICT, MERRILL M. GRANT,
   JAN STEED, MARGO OLSON, LAURIE JAMES, TIM BRAINERD,
8  LISA TRAUM, ANN MARIE MAXWELL and JASMINE ALTMAN
9
10 JAY JAMBECK, ESQ. (SBN 226018)
   MANDY G. LEIGH, ESQ. (SBN 225748)
11 SARAH J. FAIRCHILD, ESQ. (SBN 238469)
   **LEIGH LAW GROUP**
12 870 Market Street, Suite 1157
   San Francisco, CA  94102
13 Telephone:   415-399-9155
   Facsimile:     415-795-3733
14 Email: mleigh@leighlawgroup.com
15
   Attorneys for Plaintiff E.H.
16
                   UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
                       SAN FRANCISCO DIVISION
19

| | |
|---|---|
| E.H. by and through his parents AMY HOWARD and KENNETH HOWARD | **Case No.:  CV 13 3243 TEH (LB)** |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | **Date: June 2, 2014** |
| BRENTWOOD UNION SCHOOL DISTRICT, MERRILL M. GRANT, et al | **Time: 1:30 p.m.** **Courtroom: Honorable Thelton Henderson, Courtroom 12, 19th Floor** |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING                    CV 13 3243 TEH (LB)
FURTHER CASE MANAGEMENT CONFERENCE
                                     1

1    The parties to the above captioned litigation hereby stipulate by and through their
2    undersigned counsel to the following:
3    This matter is scheduled for a Further Case Management Conference on June 2,
4    2014 at 1:30 p.m.
5    On May 7, 2014 the parties participated in a Settlement Conference before
6    Magistrate Judge Beeler. The parties agreed to participate in further Settlement
7    Conference. Due to scheduling conflicts it was not possible to schedule a further
8    Settlement Conference until July 11, 2014 at 10:30 a.m.
9    Magistrate Judge Beeler has stayed discovery in this matter until the parties
10   complete settlement discussions.
11   The parties request that the Court continue the Further Case Management
12   Conference until August 18, 2014 or the next date available on the Court's calendar.
13   IT IS SO STIPULATED.
14   Dated: May 23, 2014                    **STUBBS & LEONE**

By:  /S/  
LOUIS A. LEONE, ESQ.  
CLAUDIA LEED, ESQ.  
Attorneys for Defendants  
BRENTWOOD UNION SCHOOL DISTRICT, MERRILL M. GRANT, JAN STEED, MARGO OLSON, LAURIE JAMES, TIM BRAINERD, LISA TRAUM, ANN MARIE MAXWELL, and JASMINE ALTMAN

Dated: May 23, 2014                    **LEIGH LAW GROUP**

By:  /S/  
JAY JAMBECK, ESQ.  
Attorneys for Plaintiff, E.H.

1 **ORDER**

2   Pursuant to the Stipulation of the Parties and good cause showing, the Further
3 Case Management Conference in this matter shall be held on August ~~4~~ 18, 2014 at 1:30
4 p.m.

5   **IT IS SO ORDERED.**

7   Dated: _____05/27_____, 2014



IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson